UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT LONDON

**CIVIL ACTION NO. 2012-152 (WOB-CJS)**

JOSEPH PETERSON                                                    PLAINTIFF

VS.                              <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #12), and having considered de novo those objections filed thereto by plaintiff (Doc. #13), the Court being advised,

**IT IS ORDERED** that the objections to the Report and Recommendation of the Magistrate Judge be, and they hereby are, **overruled**; the Report and Recommendation is hereby **adopted** as the findings of fact and conclusions of law of this Court; that the decision of the Commissioner is found to be supported by substantial evidence and is hereby **affirmed**; that plaintiff's motion for summary judgment is **denied**; and that defendant's motion for summary judgment is **granted**.  A separate Judgment shall enter concurrently herewith.

This 7th day of May, 2013.

